## IN THE SUPREME COURT OF PENNSYLVANIA
### MIDDLE DISTRICT

COMMONWEALTH OF PENNSYLVANIA, : No. 745 MAL 2015
                               :
        Respondent       :
                               :
                               : Petition for Allowance of Appeal from
                               : the Order of the Superior Court
        v.               :
                               :
                               :
                               :
ROBERT I. GOFF,                :
                               :
        Petitioner       :

## ORDER

**PER CURIAM**

    **AND NOW**, this 12th day of April, 2016, the Petition for Allowance of Appeal is **DENIED**.